**Order entered August 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01194-CR

**KEITH WAYNE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F-1216761-K**

## ORDER

This appeal is **REINSTATED**.

Appellant's July 30, 2014 motion to withdraw the order of abatement and to accept appellant's brief tendered with the motion is **GRANTED**. We **VACATE** our order of June 2, 2014 requiring the trial court to make findings of fact regarding why appellant's brief was not filed. Appellant's brief received by the Clerk of the Court on July 30, 2014 is **DEEMED** timely filed on the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

Appellant has also filed a July 30, 2014 motion to supplement the record on appeal in which appellant points out the reporter's record filed does not contain a copy of the DVD admitted into evidence as State's Exhibit 13 and contains only partial copies of the DVDs

admitted into evidence as State's Exhibits 51 and 52. Appellant further alleges the clerk's record is incomplete as filed because the jury charge on punishment is out of order, appears to have missing pages, and counsel cannot determine if the charge is complete because only the first four pages of the charge are numbered.

A review of the record filed in this case confirms appellant's allegations about the missing and partial exhibits in the reporter's record. A review of the punishment charge filed shows that in addition to the first four numbered pages, clerk's record page 115, the last verdict form page, is numbered as page "8" in the sequence. Because the clerk's record contains eight pages and the pages filed appear to be cohesive and complete except for page "8" being filed out of order, we conclude the jury charge on punishment is complete.

Accordingly, appellant's motion to supplement the record is **GRANTED IN PART**. We **ORDER** Deputy Official Court Reporter Kendra Thibodeaux to file, within **THIRTY** days of the date of this order, a supplemental reporter's record consisting of complete copies of the DVDs admitted into evidence as State's Exhibits 13, 51, and 52.

/s/    LANA MYERS
        JUSTICE